FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
SEP 27 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen,<br><br>  Plaintiff,<br><br>vs.<br><br>Pinal County Attorney, et al.,<br><br>  Defendants. | No. CIV 01-1769-PHX-SMM<br><br>**ORDER** |

IT IS HEREBY ORDERED setting Defendants Director of the Department of Transportation, Arizona Department of Transportation, Director of the Department of Public Safety, the Arizona Department of Public Safety, Director of the Department of Highway Patrol, Arizona Department of Highway Patrol, and the State of Arizona's Motion to Dismiss for hearing on Monday, April 22, 2002, at 10:00 a.m., before the Honorable Stephen M. McNamee in Courtroom 605.

DATED this **25** day of September, 2001.

_____
Stephen M. McNamee
Chief United States District Judge