IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Pinal County Attorney, et al.,<br><br>　　　　Defendants. | No. CIV-01-1769-PHX-SMM<br><br>**ORDER** |

IT IS HEREBY ORDERED accelerating oral argument on Defendants' Motion to Dismiss from April 22, 2002 at 10:00 a.m. to **Monday, December 10, 2001 at 10:00 a.m.**, before the Honorable Stephen M. McNamee in Courtroom 605.

DATED this 25 day of October, 2001.

　　　　　　　　　　　　　　　　／s／ Stephen M. McNamee
　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　Chief United States District Judge