IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TIMOTHY ALLEN, a single man,

  Plaintiff,

vs.

PINAL COUNTY ATTORNEY, an officer and employee of PINAL COUNTY; PINAL COUNTY SHERIFF, an officer and employee of PINAL COUNTY; PINAL COUNTY, a political subdivision of the State of Arizona; STATE OF ARIZONA, a body politic,

  Defendants.

No. CIV 01-1769-PHX-SMM

**ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS DIRECTOR OF THE DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, DEPARTMENT OF PUBLIC SAFETY; DIRECTOR OF THE DEPARTMENT OF HIGHWAY PATROL; DEPARTMENT OF HIGHWAY PATROL WITHOUT PREJUDICE**

Upon Stipulation of the parties and for good cause shown, it is ordered as follows:

1. That Defendants Director of the Department of Transportation, Department of Transportation, Director of the Department of Public Safety, Department of Public Safety, Directory of the Department of Highway Patrol and Department of Highway Patrol be dismissed without prejudice.

2. That the caption of this case be amended to reflect the dismissal of the above-named Defendants as is reflected in the caption of this Stipulation

3. Each party shall bear its own costs and attorneys fees.

DONE IN OPEN COURT this 7 day November, 2001.

_____
THE HONORABLE STEPHEN M. McNAMEE
Judge of the United States District Court