FILED _____ LODGED ✓COPY
_____ RECEIVED

NOV 0 2 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

_____ FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 1 3 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY ALLEN, a single man, | No. CIV 01-1769-PHX-SMM |
| Plaintiff, | **ORDER TO CONTINUE HEARING** |
| vs. | |
| PINAL COUNTY ATTORNEY, an officer and employee of PINAL COUNTY; PINAL COUNTY SHERIFF, an officer and employee of PINAL COUNTY; PINAL COUNTY, a political subdivision of the State of Arizona; DIRECTOR OF THE DEPARTMENT OF TRANSPORTATION of the STATE OF ARIZONA, an officer and employee of the STATE OF ARIZONA; THE DEPARTMENT OF TRANSPORTATION of the STATE OF ARIZONA, an agency of the State of Arizona; DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY of the STATE OF ARIZONA, an officer and employee of the STATE OF ARIZONA; THE DEPARTMENT OF PUBLIC SAFETY of the STATE OF ARIZONA, an agency of the State of Arizona; DIRECTOR OF THE DEPARTMENT OF HIGHWAY PATROL of the STATE OF ARIZONA, an officer and employee of the STATE OF ARIZONA; DEPARTMENT OF HIGHWAY PATROL of the STATE OF ARIZONA, an agency of the State of Arizona; STATE OF ARIZONA, a body politic, | (Assigned to the Honorable Stephen M. McNamee) |
| Defendants. | |

The Court having considered State Defendant's Motion to Continue Hearing set for December 10, 2001, and good cause appearing,



1    IT IS ORDERED resetting the hearing for February 4, 2002 at 2:00 p.m.

2    .

3    DONE IN OPEN COURT, this _6_ day of _November_, 2001.

4

5

6                                            Stephen M. McNamee
                                             U.S.District Court Judge
7

8    With a copy mailed to:

9
     Peter Strojnik
10   3030 N. Central Ave., Suite 1401
     Phoenix, Arizona 85012
11   Attorney for Plaintiff

12   James M. Jellison
     SCHLEIER, JELLISON, SCHLEIER
13   3101 N. Central, Suite 800
     Phoenix, Arizona 85012-2640
14   Attorney for County Defendants

15   Marc Steadman
     Assistant Attorney General
16   1275 W. Washington
     Phoenix, Arizona 85007
17   *Attorneys for State Defendants*

18

19   _____

20   711400

21

22

23

24

25

26

27

28

2