IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen,<br><br>    Plaintiff,<br><br>vs.<br><br>Pinal County, et al.,<br><br>    Defendant. | No. CIV 01-1769-PHX-SMM<br><br>**ORDER** |

Plaintiff Timothy Allen's claims arise from a fatal accident on U.S. 60 on May 14, 1999, in which the Plaintiff was involved and subsequently indicted on the charge of manslaughter. On August 20, 2001, Plaintiff filed this lawsuit against Pinal County, a number of County employees, the State of Arizona, and a number of other State agencies and individuals claiming unsafe highways, malicious prosecution, false arrest, false imprisonment, and violations of 42 U.S.C. § 1983. Defendants removed this action to this Court on September 25. Also on that date, the Arizona State Defendants filed a Motion to Dismiss. Plaintiff filed his Response on October 24. On November 6, the Court granted the parties stipulation to dismiss all of the State Defendants with the exception of the State of Arizona.

1 | Since there are only state law claims against the State of Arizona, and no federal claims, the Court declines to exercise supplemental jurisdiction over the State and the state claims against it; they are hereby dismissed pursuant to 28 U.S.C. § 1367 (c). Accordingly,

**IT IS ORDERED** that the State of Arizona's Motion to Dismiss (Doc. 5) is granted.

**IT IS FURTHER ORDERED** that the oral argument scheduled for June 3, 2002, is vacated.

DATED this ___10___ day of May, 2002.

Stephen M. McNamee
Chief United States District Judge