FILED ___ LODGED
RECEIVED ___ COPY

AUG 1 5 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen,<br><br>            Plaintiff,<br><br>vs.<br><br>Pinal County Attorney, et al.,<br><br>            Defendants. | No. CIV 01-1769-PHX-SMM<br><br>**ORDER** |

On May 10, 2002, the Court granted the State of Arizona's Motion to Dismiss. After the Court filed its Order, judgment was incorrectly entered against all Defendants, not just the State of Arizona.

**IT IS THEREFORE ORDER** that the Pinal County Defendants' Motion for Relief Under Rule 60(a) of the Federal Rules of Civil Procedure (Doc. 27) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court modify the judgment entered on May 14, 2002 (Doc. 26) to reflect the dismissal of the State of Arizona only.

DATED this __13__ day of August, 2002.

_____
Stephen M. McNamee
Chief United States District Judge