

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen, | No. CIV 01-1769-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Robert Carter Olson, et al., | |
| Defendants. | |

Pursuant to the parties' requests,

**IT IS HEREBY ORDERED** that Defendants Pinal County, Jeffrey Sandler, and Vicki Sandler's Motion to Vacate Discovery, Disclosure, and Motions Deadline [Doc. No. 41] and Motion to Dismiss [Doc. No. 55]; Defendants Robert Carter Olson and Renee Olson's Motion to Dismiss [Doc. No. 56]; Plaintiff's Motion to Not Consider Matters Outside the Pleadings Submitted by Defendants, to Not Convert the Present Motion to Dismiss to Motion for Summary Judgment, or Alternatively to Require Defendants to File Appropriated Statement of Facts with Citations to the Record [Doc. No. 59]; Defendants Robert Carter Olson and Renee Olson's Motion for Rule 11 Sanctions [Doc. No. 70]; Plaintiff's Notice of Filing Second Amended Complaint as of Right, or Alternative Motion to Amend First Amended Complaint [Doc. No. 71]; Plaintiff's Cross Motion for Sanctions [Doc. No. 72-1]; Plaintiff's Motion to Compel Discovery, to Enforce Subpoena, to Reschedule Deadlines, and for Sanctions [Doc. No. 76]; Plaintiff's Motion to Enforce



1  Subpoena [Doc. No. 83]; Plaintiff's Motion for Rule 11 Sanctions Against Defendants and
2  Their Lawyers [Doc. No. 87]; and Defendants Robert Carter Olson and Renee Olson's
3  Motion to Strike Plaintiff's Application for Entry of Default and Judgment by Default [Doc.
4  No. 93] are set for oral argument on Monday, December 15, 2003, at 10:00 a.m., before the
5  Honorable Stephen M. McNamee in Courtroom 606[1] at 401 West Washington Street in
6  Phoenix, Arizona.

   **DATED** this ___ day of August, 2003.

   _____
   Stephen M. McNamee
   Chief United States District Judge

---

[1] Hearing will be conducted in the Courtroom typically utilized by Honorable Robert C. Broomfield.

- 2 -