

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Allen, a single man,<br><br>    Plaintiff,<br><br>vs.<br><br>Robert Carter Olson, Pinal County Attorney, and Jane Doe Olson, his wife; Jeffrey W. Sandler, a deputy Pinal County Attorney, Vicki G. Sandler, his wife; Pinal County, a political subdivision of the State of Arizona,<br><br>    Defendant. | No. CIV 01-1769-PHX-SMM<br><br>**ORDER** |

    Pending before this Court is Defendant Sandler and Defendant Pinal County's Motion to Vacate Discovery, Disclosure, and Motions Deadlines. Also pending before the Court are nineteen (19) other motions that are set for Oral Arguments on December 15, 2003. The Court will grant Defendant's Motion to vacate the above listed deadlines and will set a Rule 16 Scheduling Conference after a ruling is rendered on the remaining nineteen motions.

    For good cause shown,

1  **IT IS ORDERED** that Defendants' Motion to Vacate Discovery, Disclosure, and
2  Motions Deadlines is GRANTED.
3  DATED this ___8___ day of December, 2003.

         _____
         Stephen M. McNamee
         Chief United States District Judge