UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY ALLEN, a single man,<br><br>        Plaintiff,<br>v.<br><br>ROBERT CARTER OLSON, Pinal County Attorney, RENEE OLSON, his wife; JEFFREY W. SANDLER, a deputy Pinal County Attorney, and VICKI G. SANDLER, his wife; PINAL COUNTY, a political subdivision of the State of Arizona,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 01-1769-PHX-SMM |

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this Court having granted the remaining Defendants; Pinal County, Jeffrey Sandler, and Vicki Sandler's Motion to Dismiss [Doc.#55] as well as Defendants Robert Carter Olson and Renee Olson's Motion to Dismiss [Doc.#56], this action is hereby dismissed in its entirety. Plaintiff shall take nothing.

January 6, 2004
Date

RICHARD H. WEARE
District Court Executive/Clerk

_Kathleen M. Hercher_
(By) Deputy Clerk

cc: (all counsel)

