UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 29 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY ALLEN, a single man,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>PINAL COUNTY, a political subdivision of the State of Arizona; et al.,<br><br>Defendants - Appellees. | No. 04-15218<br><br>D.C. No. CV-01-01769-SMM<br>District of Arizona, Phoenix<br><br>ORDER  [X] FILED  ___ LODGED<br>___ RECEIVED  ___ COPY<br>JAN 6 2005<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY |
| TIMOTHY ALLEN, a single man,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PINAL COUNTY; et al.,<br><br>Defendants - Appellants. | No. 04-15275<br><br>D.C. No. CV-01-01769-SMM<br>District of Arizona, Phoenix |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.



A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

_____
Peter W. Sherwood
Circuit Mediator

| A TRUE COPY ATTEST |
|---|
| CATHY CATTERSON<br>Clerk of Court |
| by: Ruben Talavera<br>Deputy Clerk |
| This certification does constitute the mandate of the court. |

S:\CASES\2004\04-15218\04-12-27-dism.wpd